EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                                       | 2022 TSPR 118     |
|------------------------------------------------------------------------------|-------------------|
| Medidas Judiciales ante situación de emergencia tras el paso del Huracán Fiona | 210 DPR ___       |

Número del Caso: EM-2022-007

Fecha: 23 de septiembre de 2022

Materia: Medidas Judiciales ante situación de emergencia tras el paso del Huracán Fiona (Extensión de Términos Judiciales).

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| *In re*: | | |
| Medidas Judiciales ante situación de emergencia tras el paso del Huracán Fiona | EM-2022-007 | Extensión de términos judiciales |

RESOLUCIÓN

En San Juan, Puerto Rico, a 23 de septiembre de 2022.

El 17 de septiembre de 2022 el Gobernador de Puerto Rico, Hon. Pedro Pierluisi Urrutia, decretó un estado de emergencia en todo Puerto Rico ante el paso inminente de la tormenta tropical Fiona y el impacto que pudiese ocasionar. Ese mismo día, el Servicio Nacional de Meteorología emitió un aviso de huracán para todo Puerto Rico.

Ante el deterioro de la situación climatológica, el 18 de septiembre de 2022 el Poder Judicial emitió la Resolución EM-2022-005 mediante la cual decretó la suspensión de los trabajos para el lunes 19 de septiembre de 2022. Al así proceder, extendió todos los términos vencederos en esa fecha, hasta el 20 de septiembre de 2022 o hasta que las condiciones en Puerto Rico permitan reanudar las labores en los tribunales y así se anuncie. Igualmente, tras la emergencia, el Poder Judicial se ha mantenido activo en todo momento mediante un plan especial de operaciones que ha permitido la atención de asuntos urgentes en todas las regiones judiciales de Puerto Rico.

Sin embargo, ante la incertidumbre relacionada al restablecimiento total de la energía eléctrica en Puerto Rico, así como la falta de servicio de agua potable, se dispone que **todo término que haya vencido o que venza entre el lunes 19 de septiembre de 2022 y el lunes 10 de octubre de 2022, inclusive, se extenderá hasta el martes 11 de octubre de 2022**. Ello,

al amparo de nuestra facultad para reglamentar los procedimientos judiciales y conforme a lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73.

Se ordena la difusión pública e inmediata de esta Resolución. Notifíquese al Director Administrativo de los Tribunales y al Director de la Oficina de Prensa de la Oficina de Administración de los Tribunales.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo